**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02244-CMA-GPG

GARY HECHT,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 36) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  May   15  , 2013

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge